|  |  |
|---|---|
| **Wright & Reihner, P.C.**<br>By:  Joseph T. Wright, Jr., Esquire<br>         I.D. No.  32690<br>         Danielle M. Mulcahey, Esquire<br>         I.D. No. 76999<br>148 Adams Avenue<br>Scranton, Pennsylvania 18503<br>(570) 961-1166 Telephone<br>(570) 961-1199 Facsimile<br><br>**Kirkpatrick & Lockhart**<br>**Preston Gates Ellis LLP**<br>By: David R. Fine, Esquire<br>17 North Second Street, 18th Floor<br>Harrisburg, PA 17101<br>(717) 231-4500 Telephone<br>(717) 231-4501 Facsimile<br>By:  Kenneth Komoroski, Esquire<br>Henry W. Oliver Bldg., 535 Smithfield St.<br>Pittsburgh, PA 15222-2312<br>(412) 355-6500  Telephone<br>(412) 355-6501 Facsimile | Attorneys for Defendant |

| | | |
|---|---|---|
| JOSEPH DIGIROLAMO and<br>GLORIA M. DIGIROLAMO, his wife, | : <br>: <br>: <br>: | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA |
| Plaintiffs | : | |
| v. | : <br>: | CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED |
| CABOT OIL & GAS CORPORATION, | : <br>: <br>: | NO. 3:08-cv- |
| Defendant. | : | FILED VIA ECF |

## NOTICE OF REMOVAL

Defendant, Cabot Oil & Gas Corporation (hereinafter "Cabot"), by and through its undersigned counsel, hereby petitions for the removal of the

action described hereinafter to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1441, and in support thereof states as follows:

1.  Plaintiffs Joseph Digirolamo and Gloria M. Digirolamo, his wife, filed a Complaint, Docketed at 2008-522, in the Court of Common Pleas of Susquehanna County on April 11, 2008.  Cabot first received a copy of the Complaint on April 14, 2008.  A copy of the Complaint is attached hereto as Exhibit A.

2.  Susquehanna County is located in the Middle District of Pennsylvania; therefore, removal to the United States District Court for the Middle District of Pennsylvania is appropriate.

3.  Both currently and at the time the Complaint was filed, Plaintiffs were citizens of the Commonwealth of Pennsylvania in that their permanent residence is located in Pennsylvania.

4.  Both currently and at the time the Complaint was filed, Defendant Cabot Oil & Gas Corporation, was a citizen of the State of Texas and the state of Delaware, in that it was incorporated under the laws of the State of Delaware and its principal place of business is located in the state of Texas.

5. Plaintiffs' Complaint alleges causes of action for fraudulent inducement and declaratory judgment.

6. The amount in controversy in this action exceeds the federal jurisdictional limit of $75,000, exclusive of interests and costs. See Affidavit of Jeffrey L. Keim, Regional Land Manager of Defendant, attached hereto as Exhibit B.

7. The United States District Court for the Middle District of Pennsylvania has diversity jurisdiction over the removed action pursuant to 28 U.S.C. Section 1332 there is complete diversity between Plaintiffs and Defendant[1] and the amount in controversy exceeds $75,000. Therefore, the Complaint could have been filed in the United States District Court for the Middle District of Pennsylvania.

**WHEREFORE**, Defendant, Cabot Oil & Gas Corporation, requests that the above action now pending in the Court of Common Pleas of Susquehanna County be removed therefrom to the United States District Court for the Middle District of Pennsylvania.

---

[1] Defendant notes that Plaintiffs claim that the Defendant's principal place of business is located in West Virginia. This is not accurate as Defendant's principal place of business is in Texas; however, even if Plaintiffs' claim was true, there would still be complete diversity among the parties.

Respectfully submitted,

WRIGHT & REIHNER, P.C.

BY: /s / Joseph T. Wright, Jr.
Joseph T. Wright, Jr.
Danielle M. Mulcahey
148 Adams Avenue
Scranton, PA  18503
(570) 961-1166
(570) 961-1199 (facsimile)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
David R. Fine
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500
(717) 231-4501 (facsimile)

Kenneth Komoroski
Henry W. Oliver Bldg., 535 Smithfield St.
Pittsburgh, PA 15222-2312
(412) 355-6500
(412) 355-6501 (facsimile)


Attorneys for Defendant,
Cabot Oil & Gas Corporation

Dated:  May 5, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that I forwarded a true and correct copy of Defendant's Notice of Removal by First Class United States Mail, postage prepaid, this date shown below:

    Michael J. Giangrieco, Esq.
    Law Office of Michael J. Giangrieco
    26 Public Avenue
    PO Box 126
    Montrose, PA  18801-0126

                                           /s / Joseph T. Wright, Jr.

    Dated:  May 5, 2008