IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH DIGIROLAMO; and<br>GLORIA M. DIGIROLAMO,<br>　　　Plaintiffs<br><br>　　　v.<br><br>CABOT OIL & GAS CORPORATION,<br>　　　Defendant | No. 3:08cv833<br><br>(Judge Munley) |
| GREGORY HELLMUTH; and<br>KAREN HELLMUTH,<br>　　　Plaintiffs<br><br>　　　v.<br><br>CABOT OIL & GAS CORPORATION,<br>　　　Defendant | No. 3:08cv835<br><br>(Judge Munley) |
| ELWOOD C. KORBAN; and<br>EDITH KORBAN,<br>　　　Plaintiffs<br><br>　　　v.<br><br>CABOT OIL & GAS CORPORATION,<br>　　　Defendant | No. 3:08cv1021<br><br>(Judge Munley) |

## ORDER

AND NOW, to wit, this 14th day of June 2010, the defendant's motions to lift the stay in the above-captioned cases (Doc. 11 in case no. 08cv1021, Doc. 14 in case no. 08cv833 and 835) are hereby **DENIED** as moot. The court never issued an

order staying these cases, and thus there is no stay to lift. Instead, the court granted the plaintiffs' motions to dismiss the cases without prejudice.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
UNITED STATES DISTRICT COURT